UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOSHA BRADFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 07-1022-JTL<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: June 20, 2008

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JENNIFER T. LUM
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE